## The New Orleans Canal and Banking Company *v.* Carriel et al.

3  225
Case 2
108  212

An affidavit by a party that "the facts and allegations stated and set forth in the foregoing petition, which according to his belief render an injunction necessary, are true to the best of his knowledge and belief," is insufficient to sustain an injunction.

APPEAL from the District Court of Madison, *Selby*, J. *Garland* and *Bradford*, [for the appellants. *Stacy* and *Sparrow*, for the defendants. The judgment of the court was pronounced by

EUSTIS, C. J. This case has been presented for our consideration on two points, one of which we can only notice on this appeal. The district judge

NEW ORLEANS
CANAL AND
BANKING COM-
PANY
v.
GARRIEL.

overruled a plea of *res judicata* made by the defendants. This decision we can only review on an appeal from the final judgment. He also dissolved the injunction on the ground of the insufficiency of the affidavit, and amerced the plaintiffs, and their surety, in damages; and the plaintiffs have appealed.

The affidavit is clearly defective in an essential point, and we think the judge did not err in dissolving the injunction; but we think the allowance of damages is premature, and we reserve the right to afford the appellees a property indemnity should their cause on its merits entitle them to it.

The judgment dissolving the injunction is therefore affirmed, but without damages, reserving the question for the final decision of the cause, as to the damages. The judgment being reversed, the appellees must pay the costs of this appeal.